UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS HILL : | |
| and : | |
| TRUDIE HASTINGS HILL H/W : | |
| Plaintiffs : | |
| v. : | |
| : | |
| NSB NIEDERELBE : | No.   02-CV-2713 |
| SCHIFFAHRTSGES.mbH & CO. : | |
| and : | |
| F LAEISZ Schiffahrtsges.mbH & CO. : | |
| and : | |
| CROWLEY AMERICAN TRANSPORT : | |
| Defendants. : | |

## ORDER TO ENTER APPEARANCE

TO THE CLERK:

      Kindly enter our appearance on behalf of defendant Crowley American Transport.

                            RAWLE & HENDERSON


                            By:_____
                                Carl D. Buchholz, III
                                Charles W. McCammon
                                Attorneys for Defendant

                                The Widener Building
                                One South Penn Square
                                Philadelphia, PA  19107
                                (215) 575-4200

0691497.01

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of our Entry of Appearance on behalf of defendant Crowley American Transport, was sent by first-class mail, postage prepaid, to the following counsel of record:

E. Alfred Smith, Esquire
**E. Alfred Smith & Associates**
1333 Race Street, Second Floor
Philadelphia, PA 19107

                                         **RAWLE & HENDERSON** LLP

                                         By:_____
                                              Carl D. Buchholz, III, Esquire
                                              Identification No. 14085
                                              Charles W. McCammon, Esquire
                                              Identification No. 85657
                                              Attorneys for Defendant,
                                              Crowley American Transport

                                              The Widener Building
                                              One South Penn Square
                                              Philadelphia, PA  19107
DATED: <u>July 16, 2002</u>                             (215) 575-4200

0691497.01