## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

### **ORDER**

AND NOW, this 4th day of December, 2002, upon consideration of Plaintiffs' Motion and Defendants' response, see letter of defense counsel dated December 2, 2002, setting forth agreements as to discovery, it is hereby ORDERED that Defendants will produce for deposition by Plaintiffs, as agreed, by January 31, 2003, the 30(b)(6) designees of Defendants Schiffahrtsgesellschaft MS Priwall mbH & Co. KG and Reederei F. Laeisz G.m.b.h., Rostock and the Chief Mate of the MV Sea Panther, if under the control of Defendants.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.

O:\Orders\Hill v. Schiffahrtsg. 02-2713 P's Motion Compel.wpd