IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

**ORDER**

AND NOW, this       day of December, 2002, following a hearing in Court on December 20, 2002, it is ORDERED that the Plaintiffs' Motion to Compel Discovery is denied, and that all dates in the pretrial Scheduling Order dated September 20, 2002 are extended for sixty (60) days.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.

O:\Orders\Hill v. Schiffahrtsg. 02-2713 Order.wpd