IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

**ORDER**

In Plaintiff's Motion to Compel (Docket No. 42), Plaintiff seeks an Order requiring the Priwall Defendant to provide an answer to Interrogatory No. 13, because the answer provided refers Plaintiff to a third party for the answer to the Interrogatory. Plaintiff's Motion is GRANTED in part and DENIED in part. Within ten (10) days, Defendant shall provide a sworn answer as to whether or not it has the knowledge or information to answer this Interrogatory, and if so, it should provide what information it has. If the Defendant does not have the information, it should so state, and Plaintiff is given an additional twenty (20) days to take discovery to secure the information from a third party.

BY THE COURT

Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Hill v. Schiffahrtsg. 02-2713 Order 4-14-03.wpd