```
                UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF PENNSYLVANIA
```

```
_____
CORNELIUS HILL                         :
        and                            :
TRUDIE HASTINGS HILL H/W               :
          Plaintiffs                   :
        v.                             :
Schiffahrtsgesellschaft MS Priwall     :   No. 02-CV-2713
mbH & Co. KG                           :
        and                            :
Reederei F. Laeisz G.m.b.h.,           :
Rostock                                :
_____
```

**NOTICE OF MOTION**

To:  Charles W. McCammon, Esquire
     Rawle & Henderson LLP
     The Widener Building
     One South Penn Street
     Philadelphia, PA 19107


Please take notice that the enclosed unopposed Motion for Continuance is being filed with the Clerk's Office.


                                    E. ALFRED SMITH & ASSOCIATES


                                    _____
                                    E. Alfred Smith
                                    Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

```
_____
CORNELIUS HILL                       :
        and                          :
TRUDIE HASTINGS HILL H/W             :
        Plaintiffs                   :
        v.                           :
Schiffahrtsgesellschaft MS Priwall   :    No. 02-CV-2713
mbH & Co. KG                         :
        and                          :
Reederei F. Laeisz G.m.b.h.,         :
Rostock                              :
_____
```

**ORDER**

    AND NOW THIS, _____ day of _____, 2003, upon consideration of plaintiffs' unopposed Motion, it is hereby **ORDERED** that this case will not go into the Court's jury trial pool until September 15, 2003.

_____
Michael M. Baylson    U.S.D.J.

```
                UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| CORNELIUS HILL               :<br>        and                   :<br>TRUDIE HASTINGS HILL H/W     :<br>            Plaintiffs       :<br>        v.                    :<br>Schiffahrtsgesellschaft MS Priwall : <br>mbH & Co. KG                 :<br>        and                   :<br>Reederei F. Laeisz G.m.b.h., :<br>Rostock                       : | No. 02-CV-2713 |

**MOTION FOR CONTINUANCE**

Plaintiffs respectfully move this Court for an Order delaying the time this case will be put into the Court's jury trial pool by two months and assign in support thereof the following:

    1.    Plaintiff and his wife are scheduled to depart on July 12, 2003 for a two-week business/vacation trip to San Juan, Puerto Rico.

    2.    The business portion is to attend the annual meeting of the International Longshoremen's Association, and plaintiff is an officer of Local No. 1291.

3. This trip was planned and paid for several months ago, long before this Court ordered this case to go into its jury pool on July 11, 2003.

4. Plaintiffs' counsel is planning to spend all or most of the month of August with his children and grandchildren in a condominium in Longboat Key, Florida.

5. The arrangements for this were made last fall; the condominium has been paid for, and the children have made vacation plans to be with their father in Longboat Key in August.

6. No prejudice to either party will be experienced by this delay, and defense counsel has no objection to the Court's granting this Motion.

WHEREFORE, plaintiffs request the Court to enter the Order submitted.

                            E. ALFRED SMITH & ASSOCIATES

                            _____
                            E. Alfred Smith
                            1333 Race Street, 2nd Floor
                            Philadelphia, PA 19107
                            (215) 569-8422
                            Attorney for Plaintiffs

```
         UNITED STATES DISTRICT COURT FOR THE
            EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| CORNELIUS HILL           :<br>        and               :<br>TRUDIE HASTINGS HILL H/W :<br>        Plaintiffs        :<br>        v.                :<br>Schiffahrtsgesellschaft MS Priwall :<br>mbH & Co. KG             :<br>        and               :<br>Reederei F. Laeisz G.m.b.h., :<br>Rostock                   : | No. 02-CV-2713 |

**MEMORANDUM OF LAW**

For the reasons set forth in Plaintiffs' Motion, which is unopposed, the Motion should be granted.

Respectfully,

_____
E. Alfred Smith
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he has, on this date, caused a true and correct copy of Plaintiffs' Motion For Continuance to be served by first class mail, postage prepaid, on the date listed below upon the following party or counsel of record:

        Charles W. McCammon, Esquire
        Rawle & Henderson LLP
        The Widener Building
        One South Penn Street
        Philadelphia, PA 19107
        Counsel for Defendants
        Schiffahrtsgesellschaft MS Priwall mbH & Co. KG
        Reederei F. Laeisz G.m.b.h., Rostock

        _____
        E. Alfred Smith
        Attorney for Plaintiffs
        Cornelius Hill and Trudie Hastings Hill

Date: