```
                UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF PENNSYLVANIA
```

```
_____
CORNELIUS HILL                         :
        and                            :
TRUDIE HASTINGS HILL H/W               :
          Plaintiffs                   :
        v.                             :
Schiffahrtsgesellschaft MS Priwall     :   No. 02-CV-2713
mbH & Co. KG                           :
        and                            :
Reederei F. Laeisz G.m.b.h.,           :
Rostock                                :
_____
```

**PLAINTIFF'S PRE-TRIAL MEMORANDUM**

I.   **Jurisdiction**

The jurisdiction of the Court is invoked under 28 U.S.C. §1331 and §1332 and is not contested.

II.  **Facts**

Plaintiff is a longshoreman who was working aboard the M/V SEA PANTHER when he was injured on August 24, 2000. Plaintiff was leaning down attempting to unlash a container when he was struck from behind by a falling lashing bar.

Plaintiff's breaster was attempting to unlash a nearby container. The turnbuckle was frozen, so he hit it with a wrench and this is standard procedure. The turnbuckle came loose, and the lashing bar it was holding flew out and flew through the air and struck plaintiff.

The lashings had been put on under the supervision of the Chief Mate at a foreign port. The Chief Mate and other Mates inspected all of the lashings several times while the vessel was

at sea.  They inspected them again before the longshoremen began work.  The ship's Captain has admitted that they may have missed something with the lashing bar that unexpectedly came loose and flew several feet in the air and struck plaintiff.

III. **Money damages claimed**

Plaintiff was unable to work from August 25, 2000 to October 11, 2001, a period of 59 weeks.  His lost wages for this period are $81,670.75.

Plaintiff continues to lose approximately $10,000 per year. He is 56 years old and would reasonably expect to work another 11 years or so.

Plaintiff's medical expenses were $31,829.65

Total special damages therefore are approximately $225,000.00.

IV. **Witnesses**

Liability

1. Plaintiff and wife
   7231 Mallard Place
   Philadelphia, PA

    2.    Dwight Jones
         2041 South Beechwood Street
         Philadelphia, PA

    3.    Vagn Ejsing
         2126 Harbor Drive
         Palmyra, NJ

    4.    Captain Joseph Alhstrom (Expert)
         401 Howard Avenue
         Staten Island, NY

    5.    Wiclef Schuessler (by deposition)
         Resident of Germany

    6.    David Burke (by deposition)
         465 South Street
         Morristown, NJ

## V. Damages

1. Plaintiff and his wife
2. Dr. Andrew J. Collier
   2410-14 South Broad Street, Suite 200
   Philadelphia, PA 19145

## VI. Exhibits

1. All charter parties
2. Management contract
3. All exhibits used during Captain Schuessler's deposition
4. All exhibits used during Vagn Ejsing's deposition
5. All exhibits used during David Burke's deposition
6. DRS records
7. Agent's records
8. Medical records
   a. Dr. Collier
   b. NovaCare Rehabilitation
   c. Hahnemann Hospital
   d. MRI records

        9.    Medical bills
      10.   Income Tax Returns
      11.   O'Neill Consulting Records

VII. **Number of Trial Days**

    Plaintiff - 3
    Entire - 5

VIII. **Special Comments**

    None

                        E. ALFRED SMITH & ASSOCIATES

                        _____
                        E. Alfred Smith
                        1333 Race Street, 2nd Floor
                        Philadelphia, PA 19107
                        (215) 569-8422
                        Attorney for Plaintiffs

Dated:

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has, on this date, caused a true and correct copy of Plaintiff's Pre-Trial Memorandum to be served by first class mail, postage prepaid, on the date listed below upon the following party or counsel of record:

>   Charles W. McCammon, Esquire
>   Rawle & Henderson LLP
>   The Widener Building
>   One South Penn Street
>   Philadelphia, PA 19107

>   _____
>   E. Alfred Smith
>   Attorney for Plaintiffs
>   Cornelius Hill and Trudie Hastings Hill