DATE OF NOTICE: July 11, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

### NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** with the Honorable Michael M. Baylson will be held on Tuesday, August 19, 2003 at 4:00 p.m. Please call Chambers at (267) 299.7520 for courtroom location.

 

                                                    Lynn Meyer
                                                    Deputy Clerk to Judge Baylson
                                                    267.299.7521

cc:    Carl Buchholz, Esq. (fax)
          Charles McCammon, Esq. (fax)
          E. Alfred Smith, Esq. (fax)
          Michael Zipfel, Esq. (fax)
          Robert Fine, Esq. (mail)

O:\Notices\Hill v. Schiffah. 02-2713 Final Pretrial Conf.wpd