DATE OF NOTICE: July 17, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

**AMENDED NOTICE**

Please be advised that the **FINAL PRETRIAL CONFERENCE** with the Honorable Michael M. Baylson scheduled for August 19, 2003 at 4:00 p.m. has been cancelled until further notice.

 

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Carl Buchholz, Esq. (fax)
      Charles McCammon, Esq. (fax)
      E. Alfred Smith, Esq. (fax)
      Michael Zipfel, Esq. (fax)
      Robert Fine, Esq. (mail)

O:\Notices\Hill v. Schiffah. 02-2713 Amended Notice Final Pretrial Conf.wpd