UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

```
_____
CORNELIUS HILL                     :
       and                         :
TRUDIE HASTINGS HILL H/W           :
          Plaintiffs               :
       v.                          :
Schiffahrtsgesellschaft MS Priwall :   No. 02-CV-2713
mbH & Co. KG                       :
       and                         :
Reederei F. Laeisz G.m.b.h.,       :
Rostock                            :
          Defendants               :
_____
```

**APPENDIX TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**VOLUME I**

| Exhibit | Description | Pages |
|---|---|---|
| 1. | Transcript of Dwight Jones | 6-9, 11, 14-43, |
| 2. | Transcript of Vagn Ejsing | 9, 11-14, 16-17, 19-21, 23-24, 31-33, 36, 44-47, 52-56 |
| 3. | Transcript of David Burke | 6, 9-10, 24-26, 30-34, 36-37, 43-45 |
| 4. | Transcript of Wiclef Schuessler | 22-28, 39 42-43, 46-47, 52-56, 81, 92, 129-155, 178-179, 198, 201, |

| Exhibit | Description | Pages |
|---|---|---|
| 5. | Transcript of Cornelius Hill | 16-19, 26-28, 37, 38, 44-64, |

                                                                                                              117, 122, 123

6.          Affidavit of Dwight Jones

7.          Time Charter

8.          Logbook Certificates

9.          Sworn Opinion of Captain Joseph Ahlstrom

10.         Stevedoring Records
               Summary of Operations

11.         Stevedoring Records
               Discharge Schematic

12.         Ship's Documents
               Manual, Directive and Annex I