DATE OF NOTICE: September 18, 2003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

## NOTICE

This case will be listed in the Court's trial pool for November 12, 2003.

BY THE COURT:

_____
Lynn Meyer, Deputy Clerk for
Michael M. Baylson, U.S.D.J.

cc    C. Buckholz, Esq. (fax)
       C. McCammon, Esq. (mail)
       A. Smith, Esq. (fax)
       M. Zipfel, Esq. (mail)
       R. Fine, Esq. (mail)

O:\Notices\Hill v. NSB 02-2713 - trial pool notice.wpd