DATE OF NOTICE: November 3, 2003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

## AMENDED NOTICE

This case will be listed in the Court's trial pool for January 12, 2004.

BY THE COURT:

_____
Lynn Meyer, Deputy Clerk for
Michael M. Baylson, U.S.D.J.

cc    C. Buckholz, Esq. (fax)
       C. McCammon, Esq. (mail)
       A. Smith, Esq. (fax)
       M. Zipfel, Esq. (mail)
       R. Fine, Esq. (mail)

O:\Notices - Trial Pool\Hill v. NSB 02-2713 - amended trial pool notice.wpd