DATE OF NOTICE:  December 10, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

### SECOND AMENDED NOTICE

This case will be listed in the Court's trial pool for March 1, 2004.

BY THE COURT:

_____
Lynn Meyer, Deputy Clerk for
Michael M. Baylson, U.S.D.J.

cc    C. Buckholz, Esq. (fax)
       C. McCammon, Esq. (mail)
       A. Smith, Esq. (fax)
       M. Zipfel, Esq. (mail)
       R. Fine, Esq. (mail)

O:\Notices - Trial Pool\Hill v. NSB 02-2713 - 2nd amended trial pool notice.wpd