UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

```
_____
CORNELIUS HILL                     :
         and                       :
TRUDIE HASTINGS HILL H/W           :
         Plaintiffs                :
         v.                        :
Schiffahrtsgesellschaft MS Priwall :   No. 02-CV-2713
mbH & Co. KG                       :
         and                       :
Reederei F. Laeisz G.m.b.h.,       :
Rostock                            :
         Defendants                :
_____
```

**ORDER**

AND NOW THIS,      day of                           2004, upon consideration of Defendant's Motion for Reconsideration and Plaintiffs' opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED** in all respects.

```
                          _____
                          Michael Baylson         J.
```

```
                UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF PENNSYLVANIA
```

```
_____
CORNELIUS HILL                         :
        and                            :
TRUDIE HASTINGS HILL H/W               :
            Plaintiffs                 :
        v.                             :
Schiffahrtsgesellschaft MS Priwall     :   No. 02-CV-2713
mbH & Co. KG                           :
        and                            :
Reederei F. Laeisz G.m.b.h.,           :
Rostock                                :
            Defendants                 :
_____
```

**Plaintiff's Reply to Defendant's Motion for Reconsideration**

Plaintiffs, Cornelius and Trudie Hastings Hill, respectfully reply to Defendant's Motion for Summary Judgment as follows:

1. Admitted.

2. Denied. The Court's carefully considered and thoughtful opinion was not incorrect and should not be reconsidered.

8. Denied. Defendant sets forth no facts which would justify a certification under 28 U.S.C. §1291(b). An appeal would result in an affirmance and would simply delay a trial, which would be manifestly unfair to Plaintiffs.

**Discussion**

Defendant repeatedly states that the Court's reasoning represents an "unwarranted and unprecedented" extension or application of the law, etc. This statement was repeated frequently in the <u>Mankus</u> case, and Judge Yohn ignored it.

Similarly, Defendant threatens the Court with an appeal, and this threat was also made in <u>Mankus</u> and ignored by Judge Yohn.

Finally, Defendant repeatedly argues that there was no evidence to support one thing or another in the Court's opinion. This was also argued in <u>Mankus</u>, and Judge Yohn ignored it.

This Court's carefully reasoned opinion was correct and will be affirmed if an appeal is ever taken. There is nothing in Defendant's Motion for Reconsideration which should persuade the Court to reconsider its opinion, so Defendant's Motion should be denied.

Finally, Defendant gives no reason to justify a certification under 28 U.S.C. §1291(b), so that should also be denied.

**Conclusion**

For the foregoing reasons Plaintiffs submit that Defendant's Motion should be denied in every respect.

Respectfully,

```
                                    _____
                                    E. Alfred Smith
                                    1333 Race Street, 2nd Floor
                                    Philadelphia, PA 19107
                                    (215) 569-8422
```

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he has, on this date, caused a true and correct copy of Plaintiffs' Reply to Defendant's Motion for Reconsideration to be served by first class mail, postage prepaid, on the date listed below upon the following party or counsel of record:

        Carl D. Buchholz, III, Esquire
        Michael P. Zipfel, Esquire
        Rawle & Henderson LLP
        The Widener Building
        One South Penn Street
        Philadelphia, PA 19107
        Counsel for Defendants
        Schiffahrtsgesellschaft MS Priwall mbH & Co. KG
        Reederei F. Laeisz G.m.b.h., Rostock

        _____
        E. Alfred Smith
        Attorney for Plaintiffs
        Cornelius Hill and Trudie Hastings Hill

Date: