DATE OF NOTICE: February 27, 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

### NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** with the Honorable Michael M. Baylson will be held on Friday, March 5, 2004 at 10:00 a.m. in Courtroom 17B.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:  C. Buckholz, Esq. (fax)
     C. McCammon, Esq. (mail)
     A. Smith, Esq. (fax)
     D. Santee (fax)
     M. Zipfel, Esq. (mail)
     R. Fine, Esq. (mail)

O:\Notices\Hill v. NSB 02-2713 - final pretrial conf.wpd