DATE OF NOTICE: February 27, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

## THIRD AMENDED NOTICE

This case will be listed in the Court's trial pool for March 29, 2004.

BY THE COURT:

_____
Lynn Meyer, Deputy Clerk for
Michael M. Baylson, U.S.D.J.

cc   C. Buckholz, Esq. (fax)
     C. McCammon, Esq. (mail)
     A. Smith, Esq. (fax)
     D. Santee (fax)
     M. Zipfel, Esq. (mail)
     R. Fine, Esq. (mail)

O:\Notices - Trial Pool\Hill v. NSB 02-2713 - 3rd amended trial pool notice.wpd