IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

## ORDER

AND NOW, this 27th day of February, 2004, upon consideration of the Motion of Defendants Schiffahrtsgesellschaft MS Priwall mbH & Co. KG and Reederei F. Laeisz G.m.b.h., Rostock for Sanctions, and any response thereto, it is hereby ORDERED that the Motion is DENIED.  Plaintiff Trudie Hastings Hill shall provide discovery of the disputed information.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Hill v. Schiffahrtsg. 02-2713 Order provide discovery.wpd