UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

```
_____
CORNELIUS HILL                       :
          and                        :
TRUDIE HASTINGS HILL H/W             :
          Plaintiffs                 :
     v.                              :
Schiffahrtsgesellschaft MS Priwall   :    No. 02-CV-2713
mbH & Co. KG                         :
          and                        :
Reederei F. Laeisz G.m.b.h.,         :
Rostock                              :
          Defendants                 :
_____
```

**MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION IN LIMINE RE EXPERTS' OPINION**

Defendants' Motion adds nothing to the case. It fails to mention F.R.Evid. 704 which permits opinions on the ultimate issue.

The report and opinions of Captain Ahlstrom are essentially in line with those rendered by Defendants' expert, Mr. Walter Curran.

The jurors are undoubtedly not familiar with shipboard and stevedoring operations, so opinion testimony from Captain Ahlstrom will be very helpful to them.

The Court can make appropriate rulings during the trial in accordance with the testimony developed, and ruling in advance in the abstract adds nothing of substance.

**Conclusion**

For the foregoing reasons, Plaintiffs submit that Defendants' Motion in Limine concerning Plaintiffs' expert, Captain Ahlstrom, should be denied.

Respectfully,

E. ALFRED SMITH & ASSOCIATES

_____
E. Alfred Smith
1333 Race Street, 2nd Floor
Philadelphia, PA 19107
(215) 569-8422
Attorney for Plaintiffs