# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL | : | |
| and | : | |
| TRUDIE HASTINGS HILL H/W | : | |
| Plaintiffs | : | |
| SCHIFFAHRTSGESELLSCHAFT MS | : | NO. 02-CV-2713 |
| PRIWALL mbH & Co. KG | : | |
| and | : | |
| REEDEREI F. LAEISZ G.m.b.h., ROSTOCK | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this            day of                        , 2004, it is hereby ORDERED

and DECREED that defendants' Motion in Limine to preclude the testimony of plaintiffs'

liability expert, Captain Joseph Ahlstrom, for lack of relevant expertise is GRANTED.  Captain

Ahlstrom will not be permitted to testify as an expert in the field of stevedoring operations.


BY THE COURT:


_____
                    J.

947054 v.1

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CORNELIUS HILL | : | |
| and | : | |
| TRUDIE HASTINGS HILL H/W | : | |
| Plaintiffs | : | |
| SCHIFFAHRTSGESELLSCHAFT MS | : | NO. 02-CV-2713 |
| PRIWALL mbH & Co. KG | : | |
| and | : | |
| REEDEREI F. LAEISZ G.m.b.h., ROSTOCK | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**MOTION IN LIMINE TO PRECLUDE TESTIMONY**
**OF PLAINTIFFS' LIABILITY EXPERT,**
<u>**CAPTAIN JOSEPH AHLSTROM, FOR LACK OF RELEVANT EXPERTISE**</u>

Defendants Schiffahrtsgesellschaft MS Priwall mbH & Co. KG ("Priwall") and Reederei

F. Laeisz G.m.b.h., Rostock ("Laeisz"), by and through their attorneys, Rawle & Henderson,

hereby move in limine to preclude the testimony of plaintiffs' liability expert for lack of relevant

expertise, and, in support thereof, assert as follows:

1.      In addition to the reasons cited in defendants' prior Motion to Preclude the

Testimony of Plaintiffs' Liability Expert, Captain Joseph Ahlstrom, defendants move to preclude

his testimony on the additional ground that his purported area of expertise, sailing a vessel, is

totally irrelevant to the duties and issues involved in the instant case which requires stevedoring

expertise.

2.      The liability issues in the instant case involve the duties and obligations a vessel

owner owes to the employees of an experienced and expert stevedore once discharge operations

have begun.

3.      Plaintiffs' liability expert does not have any experience and/or expertise in the

field of stevedoring operations and, therefore, his testimony should be excluded.

947054 v.1

WHEREFORE, defendants respectfully request that this Honorable Court grant their

Motion in Limine and preclude Captain Ahlstrom from testifying as an expert in stevedore

operations.

Respectfully submitted,

RAWLE & HENDERSON LLP

By:_____

Carl D. Buchholz, III, Esquire
Attorney for Defendants,
Schiffahrtsgesellschaft MS Priwall
mbH & Co. KG and Reederei F.
Laeisz G.m.b.h., Rostock

The Widener Building
One South Penn Square
Philadelphia, PA  19107
Phone: (215) 575-4200.

DATED:  March 4, 2004

947054 v.1                                    2

## CERTIFICATE OF SERVICE

I, Carl D. Buchholz, III, Esquire, do hereby certify that a copy of the foregoing Motion *in*

*Limine* been served via Hand Delivery to the following of record:

>Alfred Smith, Esquire
>Alfred Smith & Associates
>1333 Race Street, 2nd Floor
>Philadelphia, PA 19107
>*(Attorneys for Plaintiff Cornelius Hill)*

 

_____
Carl D. Buchholz, III, Esquire

Dated:  March 4, 2004

947054 v.1