IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL, et al. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| NSB NIEDERELBE | : | 02-2713 |
| SCHIFFAHRTSGES.MBH & CO., et al. | : | |

**ORDER**

**Baylson, J.**                                                                                              **March 18, 2004**

AND NOW this 18th day of March, 2004, the Court having reviewed Defendants' Motion in Limine to Preclude References to Duties Under the Charter Party and Instructions/Directions from the Vessel's Owners to the Vessel's Operators (Doc. No. 66) and Defendants' Objections to Plaintiffs' Exhibits Nos. 1, 2, and 3 (Doc. No. 80) and the related papers submitted by both parties, the Court finds that the Charter Party, Shipboard Manual, and Management Contract are relevant at least in relation to what party was responsible for providing the ship's lashing gear. Therefore, Defendants' Motion (Doc. No. 66) is DENIED and Defendants' Objections (Doc. No. 80) are OVERRULED. The Court reserves, until the time of trial, the right to issue any limiting instructions to the jury regarding these documents.

BY THE COURT:

_____
Michael M. Baylson, J.

O:\CIVIL\02-2713 Hill v. NSB\02-2713 Hill Order re M to exclude charter party.wpd