IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

**CIVIL JUDGMENT**

Before the Honorable Michael M. Baylson:

    AND NOW, this 8th day of April, 2004, in accordance with the verdict of the jury,

    IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendants and against the Plaintiffs.

    BY THE COURT

    ATTEST: _____
                Lynn Meyer
                Deputy Clerk

O:\forms\Civil Judgment Form.wpd