IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL, et al. | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| NSB NIEDERELBE | : | 02-2713 |
| SCHIFFAHRTSGES.MBH & CO., et al. | : |  |

**ORDER**

And now, this 15th day of April, 2004, it is hereby ORDERED that, having received Plaintiff's Motion for a New Trial (Doc. No. 90), Plaintiff shall obtain the transcript of the trial and shall file a brief in support of the Motion within 30 days of this Order. Defendants shall file a responsive brief within 30 days of the filing of Plaintiff's brief.

BY THE COURT:

Michael M. Baylson, J.

O:\CIVIL\02-2713 Hill v. NSB\02-2713 Hill v. NSB - Order re M for New Trial.wpd