## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL | : | |
| and | : | |
| TRUDIE HASTINGS HILL H/W | : | |
| Plaintiffs | : | |
| SCHIFFAHRTSGESELLSCHAFT MS | : | NO. 02-CV-2713 |
| PRIWALL mbH & Co. KG | : | |
| and | : | |
| REEDEREI F. LAEISZ G.m.b.h., ROSTOCK | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, this         day of                  , 2004, it is hereby ORDERED and DECREED that Plaintiffs' Motion for a New Trial is DENIED.

.

                                                            BY THE COURT:

                                                            _____
                                                                                          J.

967986 v.1

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL | : | |
| and | : | |
| TRUDIE HASTINGS HILL H/W | : | |
| Plaintiffs | : | |
| SCHIFFAHRTSGESELLSCHAFT MS | : | NO. 02-CV-2713 |
| PRIWALL mbH & Co. KG | : | |
| and | : | |
| REEDEREI F. LAEISZ G.m.b.h., ROSTOCK | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**DEFENDANTS' ANSWER TO PLAINTIFFS' MOTION FOR NEW TRIAL**

Defendants Schiffahrtsgesellschaft MS Priwall mbH & Co. KG ("Priwall") and Reederei F. Laeisz G.m.b.h., Rostock ("Laeisz"), by and through their attorneys, Rawle & Henderson, answer plaintiffs' Motion for New Trial as follows:

1.-9.   Denied.

10.   It is denied that plaintiffs are entitled to supplement their Motion for New Trial.

WHEREFORE, defendants respectfully request that this Honorable Court to enter an Order denying plaintiffs' Motion for a New Trial.

Respectfully submitted,

RAWLE & HENDERSON LLP

By:_____
Carl D. Buchholz, III, Esquire
Attorney for Defendants,
Schiffahrtsgesellschaft MS Priwall
mbH & Co. KG and Reederei F.
Laeisz G.m.b.h., Rostock
The Widener Building
One South Penn Square
Philadelphia, PA 19107
Phone: (215) 575-4200.

DATED: April 20, 2004

967986 v.1

**CERTIFICATE OF SERVICE**

    I, Carl D. Buchholz, III, Esquire, do hereby certify that a copy of the foregoing Answer to Plaintiffs' Motion to New Trial has been sent via United States First Class Mail, postage pre-paid to the following of record:

>Alfred Smith, Esquire
>Alfred Smith & Associates
>1333 Race Street, 2nd Floor
>Philadelphia, PA 19107
>***(Attorneys for Plaintiff Cornelius Hill)***

 

_____
    Carl D. Buchholz, III, Esquire

Dated: <u>April 20, 2004</u>

967986 v.1