IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NSB NIEDERELBE | : | 02-2713 |
| SCHIFFAHRTSGES.MBH & CO., et al. | : | |

**ORDER**

And now, this 4th day of May, 2004, it is hereby ORDERED that, having received Plaintiff's letter requesting an extension, Plaintiff shall file a brief in support of the Motion for a New Trial by July 15, 2004. Defendants shall file a responsive brief within 30 days of the filing of Plaintiff's brief.

BY THE COURT:

_____
Michael M. Baylson, J.

O:\CIVIL\02-2713 Hill v. NSB\02-2713 Hill v. NSB - Order re extension.wpd