# Exhibit A

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

CORNELIUS HILL                                    :
    and                                          :
TRUDIE HASTINGS HILL, H/W                          :
    Plaintiffs,                                  :
                                                 :        NO. 02-CV-2713
    v.                                           :
                                                 :
SCHIFFAHRTSGESELLSCHAFT                            :
MS PRIWALL mbH & CO. KG                            :
    and                                          :
N.B. NIEDERELBE SCHIFFAHRTSFES.                    :
mbH & CO.                                          :
    and                                          :
F. LAEISZ SCHIFFAHRTSGES.mbH & CO.                 :
    and                                          :
CROWLEY AMERICAN TRANSPORT                         :
    Defendants.                                  :

### OFFER OF JUDGMENT

    Pursuant to Fed. R.Civ.P. 68, defendants Schiffahrtsgesellschaft MS Priwall mbH

& Co. KG, F. Laeisz Schiffahrtsges.mbH & Co. and Crowley American Transport hereby offer

judgment in favor of plaintiff for fifty thousand dollars ($50,000.00), and against the foregoing

defendants in the above-captioned matter.  This offer shall remain in effect for ten days (10) from

the date of service herein.

                                 Respectfully submitted,

                                 RAWLE & HENDERSON, L.L.P.

                                 By:_____
                                 Carl D. Buchholz, III
                                 Attorney for Defendants

Dated:__12/19/02__

0759671.01

**Exhibit B**

# KESLIN SPECIALIZED SERVICES

P.O. BOX 325
UPPER DARBY, PA 19082
610-734-1647 Phila. Only 215-747-7747
FAX 610-734-2192

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/11/2004 | 27470 |

**Bill To**

DAVID S. SANTEE, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

| YOUR FILE NO. | 435-288 |
|---------------|---------|
| CASE NO. | USDC # 02-CV-2713 |
| CAPTION | HILL v F. LAEISZ |

| Description | Amount |
|-------------|--------|
| SUBPOENA SERVED UPON DWIGHT JONES, 2041 BEECHWOOD STREET, PHILA.,PA. 2-10-04<br><br>JONES IS A LONGSHOREMAN, SPOKE TO HIM VIA TELEPHONE ON 2-5-04, HE WAS TO CONTACT SERVER AND ADVISE WHEN HOME. HE DID NOT CALL. HE ATTEMPTED TO AVOID SERVICE ON 2-10-04. | 45.00 |

TAX I.D. # 23-2455957

| **Total** | $45.00 |
|-----------|--------|

LATE FEE 1.5% INTEREST PER MONTH IF NOT PAID WITHIN 30 DAYS

TERMS NET 30 DAYS

# ...CIALIZED SERVICES

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/25/2004 | 27529 |

...BY, PA 19082
...47 Phila. Only 215-747-7747
...10-734-2192

**Bill To**

DAVID S. SANTEE, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

| YOUR FILE NO. | 435 288 |
|---------------|---------|
| CASE NO. | USDC # 02 cv 2713 |
| CAPTION | HILL v LAEISZ |

| Description | Amount |
|-------------|--------|
| SUBPOENAS SERVED UPON MR. VAGN EJSING, DELAWARE RIVER STEVEDORES, 441 NORTH 5TH STREET, PHILA.,PA. 2-23-04 BY HANDING TO STEPHANIE FLANDERS @ 12:45 PM | 45.00 |
| SUBPOENA SERVED UPON DWIGHT JONES, 2041 BEECHWOOD STREET, PHILA.,PA. 2-23-04 BY HANDING TO HIS WIFE @ 1:30 PM | 45.00 |

TAX I.D. # 23-2455957

| **Total** | $90.00 |
|-----------|--------|

LATE FEE 1.5% INTEREST PER MONTH IF NOT PAID WITHIN 30 DAYS

TERMS NET 30 DAYS

435,288

# SPECIALIZED SERVICES

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2004 | 27507 |

DARBY, PA 19082
610-734-1647 Phila. Only 215-747-7747
FAX 610-734-2192

| YOUR FILE NO. | 435,288 |
|---------------|---------|

| CASE NO. | USDC ED OF PA # 02-CV-2713 |
|----------|-----------------------------|

| CAPTION | HILL v LAEISZ |
|---------|---------------|

**Bill To**

DAVID S. SANTEE, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

| Description | Amount |
|-------------|--------|
| SUBPOENA SERVED UPON ROBERT FINE, ESQUIRE, 1333 RACE STREET, PHILA.,PA. 2-18-04 - PERSONAL IN HAND @ 11:01 AM<br><br>RUSH SAME DAY SERVICE | 55.00 |

TAX I.D. # 23-2455957

| **Total** | $55.00 |
|-----------|--------|

LATE FEE 1.5% INTEREST PER MONTH IF NOT PAID WITHIN 30 DAYS

TERMS NET 30 DAYS

435,288
C

# N SPECIALIZED SERVICES

# Invoice

| Date | Invoice # |
|---|---|
| 2/13/2004 | 27488 |

DARBY, PA 19082
734-1647  Phila. Only 215-747-7747
FAX 610-734-2192

| YOUR FILE NO. | 435,288 |
|---|---|
| CASE NO. | USDC # 02-CV-2713 |
| CAPTION | HILL v F. LAEISZ |

**Bill To**

DAVID S. SANTEE, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

| Description | Amount |
|---|---|
| SUBPOENA SERVED UPON BENEFIT PROCESSING, 20 BRACE ROAD, SUITE 114, CHERRY HILL, NEW JERSEY 2-12-04 BY HANDING TO AMY TRIMBUR @ 1:15 PM | 68.50 |
| TOLLS | 3.00 |

RECEIVED
FEB 1 7 2004

| | | |
|---|---|---|
| TAX I.D. # 23-2455957 | **Total** | $71.50 |

LATE FEE 1.5% INTEREST PER MONTH IF NOT PAID WITHIN 30 DAYS

TERMS NET 30 DAYS

# ...SLIN SPECIALIZED SERVICES

...BOX 325
...PPER DARBY, PA  19082
610-734-1647  Phila. Only 215-747-7747
FAX 610-734-2192

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/12/2004 | 27588 |

| | |
|---|---|
| **YOUR FILE NO.** | 435-288 |
| **CASE NO.** | USDC # 02-CV-2713 |
| **CAPTION** | HILL v F. LAEISZ |

**Bill To**

DAVID S. SANTEE, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA,  PA 19107

| Description | Amount |
|-------------|--------|
| SUBPOENA SERVED UPON MR. VAGN EJSING, DELAWARE VALLEY STEVEDORES, 441  N. 5TH STREET, PHILA.,PA.  3-8-04 BY HANDING TO STEPHANIE FLANDERS @ 12:17 PM | 45.00 |
| SUBPOENA SERVED UPON DWIGHT JONES, 2041 BEECHWOOD STREET, PHILA.,PA. 3-8-04 - PERSONAL IN HAND @ 12:39 PM | 45.00 |

TAX I.D. # 23-2455957

| **Total** | $90.00 |
|-----------|--------|

LATE FEE 1.5% INTEREST PER MONTH IF NOT PAID WITHIN 30 DAYS

TERMS NET 30 DAYS

# RESLIN SPECIALIZED SERVICES

P.O. BOX 325
UPPER DARBY, PA 19082
610-734-1647 Phila. Only 215-747-7747
FAX 610-734-2192

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/29/2004 | 27643 |

| | |
|---|---|
| YOUR FILE NO. | 435, 288 |

**Bill To**

DAVID S. SANTEE, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

| | |
|---|---|
| CASE NO. | USDC ED OF PA # 02 CV 2713 |
| CAPTION | HILL v LAEISZ |

| Description | Amount |
|-------------|--------|
| SUBPOENA SERVED UPON DWIGHT JONES, 2041 BEECHWOOD STREET, PHILA.,PA.  3-25-04 - PERSONAL @ 2:25 PM | 45.00 |

TAX I.D. # 23-2455957

| **Total** | $45.00 |
|-----------|--------|

LATE FEE 1.5% INTEREST PER MONTH IF NOT PAID WITHIN 30 DAYS

TERMS NET 30 DAYS

# Exhibit C

ZANARAS REPORTING & VIDEO
1616 Walnut St., Ste. 300 Phila., PA 19103
(215( 790-7857  Fax: (215) 731-0759
2112 Bay Ave., Ocean City, NJ  08226
(609) 398-6349  Fax (609) 398-2833
Federal I.D. #52-2005201

CHARLES MCCAMMON, ESQUIRE                November 15, 2002
RAWLE & HENDERSON
THE WIDENER BLDG, 16TH FLOOR             Invoice# 4770
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA  19107                  Balance:    $480.70
(215) 575-4200

Caption: HILL V. CROWLEY

Scheduled: 10/23/02   Billed: 10/28/02
Reporter: CHERYL STRINGER


             I n v o i c i n g    I n f o r m a t i o n


| Charge Description | Amount |
|---|---|
| ORIG. & 1 COPY - REGULAR | 475.70 |
| DEPOSITION OF: CORNELIUS HILL | |
| PACKAGING & DELIVERY | 5.00 |


1.50% per month on unpaid balance


      P l e a s e   R e m i t   - - - >   Total Due:   $480.70


      Thank you for using Julie Zanaras Reporting
         Please remit checks within 30 days

*43, 288*
*bills*

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
1880 John F Kennedy Blvd.  15th Floor
Philadelphia, PA  19103
(215)988-9191    FAX(215)988-9089
Tax ID # 22-3779684

TO : RAWLE & HENDERSON                          DATE : 12/17/02
     THE WIDENER BUILDING   16TH FLOOR          (RAWLH01)
     1339 CHESTNUT STREET
     PHILADELPHIA    PA        19107            PAGE :    1

FAX:

```
                    ------------------
                    S T A T E M E N T
                    ------------------
```

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT CR | AMT PAID | BAL DUE |
|-------|----------|---------|-----------|----------|------------|----------|---------|
| 99130 | 11/13/02 | HILL VS. CRAWLEY AMERICAN TRANSPORTATIO CHARLES MCCAMMON, ES | | 10/24/02 | 140.35 | 0.00 | 140.35 |

For Statement Questions, Please call        **BALANCE DUE**            140.35
(866)377-5962    Fax (973)377-9543                               ==========

```
                                          ---------------------
                                          |   OVER 30 DAYS    |
                                          ---------------------
                                          |          140.35  |
                                          ---------------------
```

TERMS: DUE UPON RECEIPT

We accept VISA, MasterCard & American Express cards

Remit to: ESQUIRE DEPOSITION SERVICES, LLC
          P.O. BOX 17606
          BALTIMORE, MD 21297-1606

ZANARAS REPORTING & VIDEO
1616 Walnut St., Ste. 300 Phila., PA 19103
(215( 790-7857  Fax: (215) 731-0759
2112 Bay Ave., Ocean City, NJ  08226
(609) 398-6349  Fax (609) 398-2833
Federal I.D. #52-2005201

*435288*
Bills/Rec
field

CHARLES MCCAMMON, ESQUIRE
RAWLE & HENDERSON
THE WIDENER BLDG, 16TH FLOOR
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA  19107
(215) 575-4200

January 23, 2003

Invoice# 5473

Balance:    $654.50

Caption: HILL V. SEA PARTNER

Scheduled: 01/11/03   Billed: 01/15/03
Reporter: APRIL J WILLS

I n v o i c i n g    I n f o r m a t i o n

| Charge Description | Amount |
|---|---|
| COPY - REGULAR | 543.90 |
| DEPOSITION OF: WICLEF SCHUESSLER | 100.00 |
| ATTENDANCE OF REPORTER(SATURDAY) | 5.60 |
| EXHIBITS COPIED | 5.00 |
| PACKAGING & DELIVERY | |

1.50% per month on unpaid balance

P l e a s e    R e m i t    - - - >   Total Due:    $654.50

Thank you for using Julie Zanaras Reporting
Please remit checks within 30 days



*"Bills/fee"*
*folds*
*435288*

**ZANARAS REPORTING & VIDEO**
1616 Walnut St., Ste. 300 Phila., PA 19103
(215)790-7857  Fax: (215) 731-0759
2112 Bay Ave., Ocean City, NJ  08226
(609) 398-6349  Fax (609) 398-2833
Federal I.D. #52-2005201

CARL BUCHHOLZ, ESQUIRE/ANN
RAWLE & HENDERSON
THE WIDENER BLDG, 16TH FLOOR
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA  19107
(215) 575-4200

March  4, 2004

Invoice# 8373

Balance:    $766.60

Caption: HILL VS. SCHIFFAHRTSGESELLSCHAFT
         **VIDEO**
Scheduled: 02/24/04    Billed: 03/04/04
Reporter: JULIE M. ZANARAS

I n v o i c i n g    I n f o r m a t i o n

| Charge Description | Amount |
|---|---|
| | 399.60 |
| ORIG. & 1 COPY - MEDICAL | |
| DEPOSITION OF: RICHARD J. MANDELL, MD | 295.00 |
| VIDEOTAPE DEPOSITION - 2 HRS. | 60.00 |
| ATTENDANCE OF REPORTER(FLOURTOWN, PA) | 7.00 |
| EXHIBITS COPIED | 5.00 |
| PACKAGING & DELIVERY | |
| | |
| NO CHARGE FOR MINI/ASCII | |

1.50% per month on unpaid balance

P l e a s e   R e m i t   - - - >   Total Due:    $766.60

Thank you for using Julie Zanaras Reporting
Please remit checks within 30 days

*OK*
*CDB*
*$766.60*

ZANARAS REPORTING & VIDEO
1616 Walnut St., Ste. 300 Phila., PA 19103
(215)790-7857  Fax: (215) 731-0759
2112 Bay Ave., Ocean City, NJ  08226
(609) 398-6349  Fax (609) 398-2833
Federal I.D. #52-2005201

*Bills/u*
*fdd*
*435,288*

CARL BUCHHOLZ, ESQUIRE/ANN
RAWLE & HENDERSON
THE WIDENER BLDG, 16TH FLOOR
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA  19107
(215) 575-4200

March 31, 2004

Invoice# 8337

Balance:    $176.10

Caption: HILL VS PRIWALL

Scheduled: 02/16/04    Billed: 02/27/04
Reporter: JULIE M. ZANARAS

I n v o i c i n g    I n f o r m a t i o n

| Charge Description | Amount |
|---|---|
| ORIG. & 1 COPY - REGULAR | 171.10 |
| DEPOSITION OF: TRUDIE HASTINGS HILL | |
| PACKAGING & DELIVERY | 5.00 |
| | |
| NO CHARGE FOR MINI/ASCII | |

1.50% per month on unpaid balance

P l e a s e   R e m i t   - - - >   Total Due:    $176.10

Thank you for using Julie Zanaras Reporting
Please remit checks within 30 days

*OK*
*CDB*
*D176.10*

| DATE | INVOICE NO. OR REFERENCE | | AMOUNT | DISCOUNT | BALANCE |
|------|--------------------------|---|--------|----------|---------|
| 01/29/03 | 5381 | TRANSCRIPT 435288 | 255.55 | 0.00 | 255.55 |
| | | TOTALS → | 255.55 | 0.00 | 255.55 |

PLEASE DETACH STATEMENT BEFORE DEPOSITING CHECK

**RAWLE & HENDERSON LLP**

Charles W. McCann

PAY EXACTLY TWO HUNDRED FIFTY FIVE AND 55/100 DOLLARS

| DATE | CHECK NO. |
|------|-----------|
| 01/29/03 | 68064 |

SOVEREIGN BANK

60/7269
2313

AMOUNT PAID ·········255.55

PAY TO THE
ORDER OF

ZANARAS COURT REPORTING
1616 WALNUT ST.
STE. 300
Philadelphia PA 19103

AUTHORIZED SIGNATURE

"068064" ⑆231372691⑈

ZANARAS REPORTING & VIDEO
1616 Walnut St., Ste. 300 Phila., PA 19103
(215)790-7857  Fax: (215) 731-0759
2112 Bay Ave., Ocean City, NJ  08226
(609) 398-6349  Fax (609) 398-2833
Federal I.D. #52-2005201

*"Bills/Ku"*
*folder*
*435,288*

CARL BUCHHOLZ, ESQUIRE/ANN          March 31, 2004
RAWLE & HENDERSON
THE WIDENER BLDG, 16TH FLOOR          Invoice# 8339
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA  19107               Balance:    $80.90
(215) 575-4200


Caption: HILL V. PRIWALL

Scheduled: 02/17/04    Billed: 02/29/04
Reporter: APRIL J FOGA


            I n v o i c i n g    I n f o r m a t i o n


Charge Description                                    Amount

ORIG. & 1 COPY - REGULAR                               75.90
DEPOSITION OF: DWIGHT JONES
PACKAGING & DELIVERY                                    5.00

NO CHARGE FOR MINI/ASCII




1.50% per month on unpaid balance



    P l e a s e   R e m i t   - - - >   Total Due:    $80.90



        Thank you for using Julie Zanaras Reporting
            Please remit checks within 30 days

*OK*
*CDB*
*$80.90*

# CAPITAL LEGAL SERVICES

*1431 Lombard Street*
*Philadelphia, PA 19146*
*(800) 760-2626 toll free*
*(215) 732-4888 fax*

## INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 2/25/2004 | 021104CB156 |

**Bill To :**

Carl Buchhoiz, III, Esquire
Rawle & Henderson
The Widener Building
One South Penn Square
Philadelphia, PA 19107

**Case Caption :**

Cornelius Hill vs. Priwall, et al

| Date Taken | Terms | Payment Due |
|------------|-------|-------------|
| 02/11/04 | Due on receipt | 2/25/2004 |

| Item | Description | Number of Pages |
|------|-------------|-----------------|
| Copy | Deponent(s):  Dr. Collier | 156 |
| S & H | Shipping and Handling | 1 |
| Credit Cards | Visa#_____ | |
| | MasterCard#_____ | |
| | American Express#_____ | |
| | Expiration Date:_____ | |
| | Card Holders Name_____ | |
| | Signature:_____ | |
| | Billing Address for Card Holder: | |
| | _____ | |
| | _____ | |

Federal Tax ID No:  72-1519320 - THANK YOU!!!!!
1.5% Finance charge on all balances over 30 day.

| **Total** | $407.80 |
|-----------|---------|

# Exhibit D

# RAWLE & HENDERSON LLP



THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

CARL D. BUCHHOLZ, III
215-575-4235
cbuchholz@rawle.com

DAVID S. SANTEE
215-575-4271
dsantee@rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

April 7, 2004

Mr. Dwight Jones
2041 Beechwood Street
Philadelphia, PA 19145

Re:     M/V SEA PANTHER
        Cornelius Hill, L/S
        At: Tioga Marine Terminal, Port of Philadelphia
        d/o/I: August 24, 2000
        Civil Action No. 02-2731
        Our File No. 435,288

Dear Mr. Jones:

Enclosed please find our draft No. 87439 in the amount of $216.00 for reimbursement of one day's pay that you lost due to your attendance at a deposition in our offices in the above-referenced matter.

Very truly yours,

RAWLE & HENDERSON LLP

By:     *David S. Santee*

        Carl D. Buchholz, III
        David S. Santee

CDB/DSS:cct
Enclosure

962937 v.1

HENDERSON LLP

| INVOICE NO, OR REFEREE | AMOUNT | DISCOU... | BALANCE |
|---|---|---|---|
| 21600-4402344023 3  WITNESS FEE | 216.00 | | 216.00 |
| **TOTALS** | 216.00 | 0.00 | 216.00 |

02/04

DAVID S SANTEE



RAWLE & HENDERSON LLP

| DATE | INVOICE NO. OR REFERENCE | AMOUNT | DISCOUNT | BALANCE |
|---|---|---|---|---|
| 02/19/04 | 4000-435288WITNESS FEE 435288 | 40.00 | | 40.00 |

Kimberly A. Bre

TOTALS ⬇

| | 40.00 | 0.00 | 85188 | 40.00 |

PLEASE DETACH STATEMENT BEFORE DEPOSITING CHECK

# RAWLE & HENDERSON LLP



DAVID S. SANTEE
215-575-4271
dsantee@rawle.com

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

February 20, 2004

Mr. Dwight Jones
2041 Beechwood Street
Philadelphia, PA 19145

     Re:    Cornelius Hill v. Crowley American Transport
           Our File No. 435,288

Dear Mr. Jones:

     Attached please find a subpoena requiring your appearance for testifying in the above matter. Also enclosed is a witness fee in the amount of $40.00.

     As stated on the subpoena, please contact me prior to March 1, 2004 in case there is a change in the date and time of this trial.

     Thank you for your continuing cooperation in this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By:                          
          David S. Santee

DSS/kb
Encl.

# RAWLE & HENDERSON LLP

| DATE | INVOICE NO. OR REFERENCE | AMOUNT | DISCOUNT | BALANCE |
|------|--------------------------|--------|----------|---------|
| 02/19/04 | 4000-435288WITNESS FEE | 40.00 | | 40.00 |

Kimberly A. Bree

**TOTALS** ⬇    40.00    0.00    40.00

85187

PLEASE DETACH STATEMENT BEFORE DEPOSITING CHECK

# RAWLE & HENDERSON LLP



DAVID S. SANTEE
215-575-4271
dsantee@rawle.com

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

February 20, 2004

Mr. Vagn Ejsing
Delaware River Stevedores
4401 N. 5th Street, Suite 101
Philadelphia, PA 19123

   Re: Cornelius Hill v. Crowley American Transport
     Our File No. 435,288

Dear Mr. Ejsing:

   Attached please find a subpoena requiring your appearance for testifying in the above matter. Also enclosed is a witness fee in the amount of $40.00.

   As stated on the subpoena, please contact me prior to March 1, 2004 in case there is a change in the date and time of this trial.

   Thank you for your continuing cooperation in this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: _David S. Santee_____

  David S. Santee

DSS/kb
Encl.

PHILADELPHIA, PA  MEDIA, PA  PITTSBURGH, PA  MARLTON, NJ  NEW YORK, NY  WILMINGTON, DE



RAWLE & HENDERSON LLP

VAX534.CDR

| DATE | INVOICE NO. OR REFERENCE | AMOUNT | DISCOUNT | BALANCE |
|------|--------------------------|--------|----------|---------|
| 01/26/04 | 4000-435288 WITNESS FEE 435288 | 40.00 | 0.00 | 40.00 |

Kimberly A. Bree

TOTALS

40.00    0.00    40.00

83976

PLEASE DETACH STATEMENT BEFORE DEPOSITING CHECK

# RAWLE & HENDERSON LLP



DAVID S. SANTEE
215-575-4271
dsantee@rawle.com

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

January 30, 2004

Mr. Dwight Jones
2041 Beechwood Street
Philadelphia, PA 19145

      Re:    Cornelius Hill v. Crowley American Transport
             Our File No. 435,288

Dear Mr. Jones:

      Please be advised that we have scheduled the continuation of your deposition for Tuesday, February 17, 2004, commencing at 10:00 a.m. in our offices. I have enclosed a witness fee in the amount of $40.00.

      Please contact me upon receipt of this letter to confirm your availability. Thank you for your anticipated cooperation in this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: _David S. Santee_
        David S. Santee

DSS/kb
Encl.

PHILADELPHIA, PA     MEDIA, PA     PITTSBURGH, PA     MARLTON, NJ     NEW YORK, NY     WILMINGTON, DE

# WFC ASSOCIATES LLC

**1716 PEARTREE LANE**
**CROFTON, MD 21114**
**TEL:  410-721-3799**
**FAX:  410-451-5286.**
**CELL: 302-542-9887**

*435,288*
*ap*

March 8, 2004

Carl D. Buchholz III
RAWLE & HENDERSON LLP
The Widener Building
One South Penn Square
Philadelphia, PA, 19107

RE:    CORNELIUS HILL CASE-FINAL INVOICE

Dear Mr. Buchholz:

Enclosed please find my invoice No. 0404W-02 in the amount of $3639.75 for services rendered in the Cornelius Hill Case.  This closes out this case and is my final billing.

Please make payment to WFC ASSOCIATES LLC.  My EIN No. is 331-015-606.

Thank you for utilizing my services.  I've enjoyed working with you and look forward to meeting with you on other cases in the future.

Best regards,

Walter F. Curran

# WFC ASSOCIATES LLC

1716 PEARTREE LANE
CROFTON, MD 21114
TEL:   410-721-3799
FAX: - 410-451-5286
CELL: 302-542-9887

*Bills/ru*
*flds*
*435288*

April 8, 2004

BILL TO:    Carl D. Buchholz III
            RAWLE & HENDERSON LLP
            The Widener Building
            One South Penn Square
            Philadelphia, PA, 19107

INVOICE NO:      0404W-02

Consultant Services in the case of Cornelius Hill for the period 2/9/04 through 4/8/04

_____

## WORK LOG

Monday 2/9/04                                        No charge
Received email request from David Santee seeking the telephone number of Dwight Jones. I
responded affirmatively by email.

Tuesday 2/17/04      1330-1430                       1 hour 0 minutes
Received and sent various emails to David Santee regarding the relative status of Cornelius Hill
and Dwight Jones vis-à-vis the position of Gang Foreman and relative wage rates.  I reviewed
the work records of ...h individuals going back as far as 5/1/03.
David informed me that the trial is tentatively scheduled to begin on 3/3/04.

Monday 3/1/04                                        No charge
David Santee informed me via telcon that the trial is postponed until 3/29/04.  I will be available
to testify on both 3/31/04 and 4/1/04.

Wednesday 3/3/04                                     No charge
Received an email request from David Santee looking for the updated addresses of William
Zolinas and Daniel Ward.  I emailed them to him.

Tuesday 4/6/04      1800-1900                        1 hour 0 minutes
Met with Carl Buchholz and David Santee and reviewed the aspects of my testimony scheduled
for Wednesday 4/7/04.

**WORK LOG (continued)**

Wednesday 4/7/04    1300-1700    (minimum charge)    8 hours 0 minutes
Testified in the capacity of an expert witness in the Cornelius Hill Case in Federal Court (Courtroom 17 B).

Thursday 4/8/04    0900-1030    (Minimum charge)    8 hours 0 minutes
Testified in the capacity of an expert witness in the Cornelius Hill case in Federal Court. (Courtroom 17 B).

WORK TIME

    18 Hours worked at $200.00 per hour                    $3600.00

EXPENSES
    Parking Fee 4/6/04          $14.25
    Parking Fee 4/7/04          $14.50
    Parking Fee 4/8/04          $11.00
                 Total Expenses     $39.75

TOTAL                                                                    $3639.75

This represents the final billing in this case.

# WFC ASSOCIATES LLC

**1716 PEARTREE LANE -
CROFTON, MD 21114
TEL:   410-721-3799
FAX:   410-451-5286
CELL: 302-542-9887**

INVOICE NO.:      0305W-03
INVOICE DATE:    May 5, 2003

BILL TO:

RAWLE & HENDERSON LLP
The Widener Building
One South Penn square
Philadelphia, PA, 19107
Carl Buchholz III, Esq.

REF:        CONSULTANT SERVICES-JANUARY 23-APRIL 30, 2003
            CORNELIUS HILL CASE

---

General consultation in connection with vessel configuration, Stevedoring operations, Safety during vessel loading/discharging operations etc.

## WORK LOG - CORNELIUS HILL CASE

Thursday 1/23/03        1900-2100                           2 hours 0 minutes

Received a letter from Carl Buchholz confirming my appointment as an Expert Witness to the Hill Case. Enclosed with the letter were the deposition of Cornelius Hill and Dwight Jones and four (4) photos of lashing gear. I commenced reviewing them.

Sunday 2/2/03         1800-2000                             2 hours 0 minutes

Completed review of the depositions and made notes pending further discussion with Carl Bucholz.

Wednesday 4/9/03     1000-1030, 1800-2300                  5 hours 30 minutes
Received copies of depositions of Capt. Schuessler, Mr. Vagn Ejsing and David Burke As well copy of Capt. Ahlstrom's Expert opinion and reviewed them. Requested from C... ...the send some exhibits of Capt. Schuessler's deposition that were missing.

            1000-1200, 1900-2000                    2 hours 0 minutes
            ...and reviewed them.



## WORK LOG - CORNELIUS HILL CASE

Sunday 4/13/03        2030-0200                            5 hours 30 minutes
Reviewed depositions and experts opinion and began draft of my expert opinion.

Tuesday 4/15/03      2100-2400                            3 hours 0 minutes
Completed initial draft of Expert opinion and reviewed talking points for Mr. McCammon.

Wednesday 4/16/03    1230                            No charge
Emailed Mr. McCammon and informed him of the completion of my review and that I had done the initial draft of the Opinion.

Thursday 4/24/03    0600-0715, 0730-0800, 1100-1200        2 hours 45 minutes
Met with C. McCammon and the video photographer aboard the Consumer Princess berthed at GLT. Supervised the filming of the discharge of one (1) 20' foot container from on deck at #3 hatch and also filmed the proper way to insert and remove a lashing rod from a container (rod filming billed to Mankus case). Reviewed the draft of my Expert Opinion report and had a general discussion about the case with Mr. McCammon. Finalized the Expert Opinion report and sent it to Mr. Buchholz Friday morning 4/25/03.

Total        22 hours -45 minutes        @$200.00 per hour        $4550.00

                                        TOTAL INVOICE    $4550.00

2

# RICHARD J. MANDEL, MD PC
ORTHOPAEDIC SPECIALISTS

RICHARD J. MANDEL, MD
DENNIS P. McHUGH, DO

**• Arthroscopic Surgery • Hand & Shoulder Surgery • Sports Medicine • Joint Replacement • Occupational Orthopaedics**

November 5, 2003

Attn: Carl Buchholz, Esq.
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107

Re: <u>Cornelius Hill</u>

Dear Mr. Buchholz:

The above referenced case has been re-scheduled for a Video Deposition on:

| | |
|---|---|
| Deposition Date: | **Tuesday, January 6, 2004** |
| Pre-deposition Time: | **2:30 PM** |
| Deposition Time: | **3:00 PM** |
| Location: | |

**Flourtown Commons
1811 Bethlehem Pike, Suite 214
Flourtown, PA 19031**

**PAYMENT FOR THIS DEPOSITION IS DUE 30 DAYS PRIOR TO THE SCHEDULED TIME AND WILL GUARANTEE THIS APPOINTMENT FOR YOUR CLIENT. IF PAYMENT IS NOT RECEIVED, THE TIME WILL BE RELEASED FOR OTHER PATIENTS.**

**OUR OFFICE DEPOSITION CANCELLATION POLICY IS AS FOLLOWS:** Depositions which are cancelled 30 calendar days to 5 calendar days prior to the scheduled deposition will incur a cancellation charge of 50% of the total fee. Depositions which are cancelled less than 5 calendar days from the scheduled date will incur a cancellation charge of 100% of the total fee. The fee for an oral deposition is $3,250.00; Video Depositions are $3,500.00. Depositions are allotted 2 hours, one half-hour preparation and one and one half-hours for deposition. There will be an additional fee of $600 for every 30 minutes any deposition extends beyond the 2-hour limit.

Please note the attached bill for the cancelled deposition of 11/13/03 and the unpaid IME of 11/04/03.

Please make checks payable to Richard J. Mandel, M.D., PC (EIN #23-2956281). Please send payment to Richard J. Mandel, M.D., PC, P.O. Box 230, Flourtown, PA 19031.

Sincerely,

*Barbara Rutberg*
Barbara Rutberg
Encl

**PLEASE SEND ALL CORRESPONDENCE TO:** PO Box 230 • Flourtown, PA 19031-0230
**Phone (215) 402-0400 • Fax (215) 402-0409**

Flourtown Commons • 1811 Bethlehem Pike • Suite 214 • Flourtown, PA 19031
Medical Arts Pavilion • 2705 DeKalb Pike • Suite 307 • Norristown, PA 19401

APPROVED OMB-0938-0008

LIBERTY MUTUAL INSURANCE
15 KINGS GRANT DRIVE
P.O. BOX 3632
BALA CYNWYD, PA 19004

## HEALTH INSURANCE CLAIM FORM

PICA ☐☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (VA File #) | GROUP HEALTH PLAN ☐ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☐ (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**HILL, CORNELIUS**

3. PATIENT'S BIRTH DATE — MM DD YY — SEX M ☐ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**HILL   CORNELIUS**

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED — Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                     STATE

8. PATIENT STATUS — Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY                     STATE

ZIP CODE       TELEPHONE (Include Area Code) (   )

ZIP CODE       TELEPHONE (INCLUDE AREA CODE) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) — YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH — MM DD YY — **10 09 46** — SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH — MM DD YY — SEX M ☐ F ☐

b. AUTO ACCIDENT? — YES ☐  NO ☒ — PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? — YES ☒  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

**LIBERTY MUTUAL INSURANCE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? — YES ☐  NO ☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

14. DATE OF CURRENT: MM DD YY — **08 24 03**  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   **INJURY**

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION — FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES — FROM MM DD YY TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? — YES ☐  NO ☐  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. ⌐   2. ⌐   3. ⌐   4. ⌐

22. MEDICAID RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 04 | 03 | 11 | 04 | 03 | 11 | | DEPO - *Cancelled less than 30 day* | | | 750.00 | 1 | | | | MANDEL |
| 1 | 04 | 03 | 11 | 04 | 03 | 11 | 1 | IME01 - | | | 650.00 | 1 | | | | MANDEL |

25. FEDERAL TAX I.D. NUMBER  SSN ☐  EIN ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) — ☐

28. TOTAL CHARGE  **$2400,00**

29. AMOUNT PAID  **$0.00**

30. BALANCE DUE  **$400.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE
SIGNED  **11/04/03**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

RICHARD J. MANDEL, MD
FLOURTOWN COMMONS
FLOURTOWN, PA 19031-1111

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #

RICHARD J. MANDEL, MD PC
P.O. BOX 230
FLOURTOWN, PA 19031

PIN#                GRP#  017473600000

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)
WHCFA-1500-CS-90 (5/02)

**PLEASE PRINT OR TYPE**

FORM CMS-1500   (12-90)
FORM OWCP-1500
FORM RRB-1500

# RAWLE & HENDERSON LLP



THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

FILE COPY

CARL D. BUCHHOLZ, III
215-575-4235
cbuchholz@rawle.com

DAVID S. SANTEE
215-575-4271
dsantee@rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

October 31, 2003

Richard J. Mandel, M.D.
P.O. Box 230
Flourtown, PA 19031-0230

Attn: Barbara Rutberg

Re:   Cornelius Hill v. Schiffahrtsgesellschaft MS, et al.
      Civil Action No. 02-CV-2713
      Our File No. 435,288

Dear Ms. Rutberg:

Enclosed please find our Check No. 80346 in the amount of $650.00 for payment of Dr. Mandel's fee for the independent medical examination of Cornelius Hill, scheduled **Tuesday, November 4, 2003.**

Thank you in advance for your attention to this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: _David S. Santee_
      Carl D. Buchholz, III
      David S. Santee

CDB/DSS:cct
Enclosure

892817 v.1

PHILADELPHIA, PA      MEDIA, PA      PITTSBURGH, PA      MARLTON, NJ      NEW YORK, NY      WILMINGTON, DE



RAWLE & HENDERSON LLP

| DATE | INVOICE NO. OR REFERENCE | AMOUNT | DISCOUNT | BALANCE |
|------|--------------------------|--------|----------|---------|
| 10/30/03 | 65000-43528INE SCHEDULED FOR 11/4/03 | 650.00 | | 650.00 |

435288

DAVID S SANTEE

| TOTALS | 650.00 | 0.00 | 650.00 |

80346

PLEASE DETACH STATEMENT BEFORE DEPOSITING CHECK

VAXS34.CDR

# Exhibit E

## EXHIBIT "D"

FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS
NECESSARILY OBTAINED FOR USE IN THE CASE


**In-house duplication**

    431 copies @ $0.25 per copy

        Total:  $1,724.00

**Outside duplication services**  (see attached receipts)

        Total:  $486.32


**Grand Total:**  **$2,210.32**

**CONANT**

# Business Printing
# Legal Copying
## 215-557-7466

*"Bills/fee" folder*

Please keep the pink copy for your records.

215-575-4200 x3279

Law Firm _Rawle & Henderson_

Prepared by _Anneo Cave / Carl Budhik_

Your Client _M/V SEA PANTHER_

Matter No. _435,288_

File Work Order N⁰ **23153**

Today's Date _3/26/04_

Date Due _3/26/04 by 4 p_

File No. _435288_

Item Description:

No. of Sets (to be copied) _1_    No. of Pages _3_    Total Pages Copied _3_

**Please attach a list of Parties to be served.** 👈

Special Instructions: _Please make the attached on boards for exhibits for trial (trial starts Mon. 8am)_

---

Conant Copy Service includes: Color Copies · B&W / Color Enlargements · Foamcore Mounting · Medical Records · Transcripts Briefs · Reproduced Records · Litigation Copying · Multi-party Mailings · Court Exhibits · Forms.  All Jobs Large and Small.

'04 MAR 26 AM 8:

## Verification of Service

Total Number of Counsel Served _____

Date of Service _____

Charges:

Copy _108.00_

Bindery _____

*Thank You!*

Sales Tax _7.56_

Postage _____

Total Charges _115.56_

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

## Business Printing
## Legal Copying
## 215-557-7466

Please keep the pink copy for your records.

*215-575-4200 x3279*

Law Firm _Rawle & Henderson_

Prepared by _Anne Cave / Carl D. Buchholz_

Your Client _____

Matter No. _435,288  M/V SEA PANTHER_

File Work Order № __23152__

Today's Date _3/25/04_

Date Due _3/26/04_

File No. _435,288_

*(Trial is on Monday)*

Item Description:

No. of Sets (to be copied) _1_    No. of Pages _1_    Total Pages Copied _1_

'04 MAR 25 PM 12:

**Please attach a list of Parties to be served.**

Special Instructions: _Please put on large Board for Trial exhibit.  thanks!  Anne_

---

Conant Copy Service includes: Color Copies · B&W / Color Enlargements · Foamcore Mounting · Medical Records · Transcripts Briefs · Reproduced Records · Litigation Copying · Multi-party Mailings · Court Exhibits · Forms.  All Jobs Large and Small.

---

## Verification of Service

Total Number of Counsel Served _____

Date of Service _____

Charges:

*Thank You!*

Copy _36.00_

Bindery _____

Sales Tax _2.52_

Postage _____

Total Charges _38.52_

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

**Business Printing
Legal Copying
215-557-7466**

'04 FEB 26 PM 2

*Bills/ new folder*

Please keep the pink copy for your records.

Law Firm _Rawle + Henderson LLP_          File Work Order No. 23148

Prepared by _Anne Cave_          Today's Date _2/26/04_

Your Client _215-575-4200 x3279_          Date Due _2/26/04_

Matter No. _435-388  Hill_          File No. _2/27/04  AM_

Item Description:

No. of Sets (to be copied) _____   No. of Pages _____   Total Pages Copied _____

**Please attach a list of Parties to be served.**          _36 x 60_

Special Instructions: _Please blow up Figure 4
to about 4 feet x 5 feet (approx)
(board)
thanks_

Conant Copy Service includes: Color Copies · B&W / Color Enlargements · Foamcore Mounting · Medical Records · Transcripts
Briefs · Reproduced Records · Litigation Copying · Multi-party Mailings · Court Exhibits · Forms.  All jobs Large and Small.

## Verification of Service

Total Number of Counsel Served _____

Date of Service _____

_36x60 Color Mounted_

### *Thank You!*

Charges:

Copy _238.50_

Bindery _____

Sales Tax _16.70_

Postage _____

Total Charges _255.20_

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

# CONANT

## Business Printing
## Legal Copying
### 215-557-7466

Please keep the pink copy for your records.

Law Firm  _Rawle + Henderson_          File Work Order  №  23154

Prepared by  _Anne Cave - 215-575-4200 x3279_   Today's Date  _4/6_

Your Client  _____        Date Due  _4/6_   _ASAP_

Matter No.  _435,288 - SEA PANTHER_      File No.  _435288_

Item Description:

No. of Sets (to be copied)  _1_      No. of Pages  _)_      Total Pages Copied  _2_

**Please attach a list of Parties to be served.**

Special Instructions:  _2 pages attached need to be blown up on boards_
_+ brought to Federal court in Room 17B / 601 Market,_
_(J. Baylson). Thanks! Anne_

---

Conant Copy Service includes: Color Copies · B&W / Color Enlargements · Foamcore Mounting · Medical Records · Transcripts
Briefs · Reproduced Records · Litigation Copying · Multi-party Mailings · Court Exhibits · Forms.  All Jobs Large and Small.

---

## Verification of Service

Total Number of Counsel Served  _____

Date of Service  _____        '04 APR 6 AM 8:

_Super Rush 24x36_                Charges:

_Enlargement_ *Thank You!*

| | |
|---|---|
| Copy | 72.00 |
| Bindery | |
| Sales Tax | 5.04 |
| Postage | |
| Total Charges | 77.04 |

Conant Corporation, 42 South 15th Street, 9th Floor, Philadelphia, PA  19102,  215 557.7466  FAX 215 557.9229

**Exhibit F**

# inlingua  Leaven Unlimited, Inc.

T/A inlingua School of Languages
230 South Broad Street, 7th Floor
Philadelphia, PA 19102
Federal EIN 23-2446973

# PH INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 5/27/2003 | 2-10688 |

**BILL TO**

Rawle & Henderson LLP
Attn. Anna Cave
The Widener Building
One South Penn Square
Philadelphia PA 19107

*"Bills/kee"*
*folder*
*SEA PANTHER*
*435,288*

| PO/Claim # | DUE DATE | REP | INL JOB # | GROUP | LEGAL COUNSEL |
|------------|----------|-----|-----------|-------|---------------|
| | 6/26/2003 | JB | *1TRAHE001 | | |

| ITEM | DESCRIPTION | QTY | RATE | CLASS | AMOUNT |
|------|-------------|-----|------|-------|--------|
| 1TL | Translation and proof-reading of German maritime document into English. | 1,344 | 0.26 | Translation | 349.44 |

Please remit payment within 30 days of the date of this
invoice. Thank You for using inlingua

Finance Department
215-735-7646 ext 23

| | Total | $349.44 |
|--|-------|---------|



*OK*
*$349.44*

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL | : | |
| and | : | |
| TRUDIE HASTINGS HILL H/W | : | |
| Plaintiffs | : | |
| SCHIFFAHRTSGESELLSCHAFT MS | : | NO. 02-CV-2713 |
| PRIWALL mbH & Co. KG | : | |
| and | : | |
| REEDEREI F. LAEISZ G.m.b.h., ROSTOCK | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that the foregoing Request for Taxation of Costs by the Clerk was

served on this date by hand delivery to the following counsel of record:

E. Alfred Smith, Esquire
1333 Race Street, 2nd Floor
Philadelphia, PA 19107
Attorney for Plaintiff

*David S. Santee*
David S. Santee, Esquire

Date: 6-3-04

970487 v.1