# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Cornelius Hill | : | Civil Action |
| and Trudie Hastings Hill, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| Hamburg-Suedamerikanisch | : | |
| Dampschifffahrtsgesellschaft | : | |
| Eggert & Amsinck, | : | |
| Crowley Liner Services, Inc., | : | |
| Crowley American Transport, Inc., | : | NO. 02-cv-2713 |
| et al. | : | |

## **O R D E R**

**AND NOW**, this 8th day of April, 2004, it is

**ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for eight jurors and two Court Security Officers.


BY THE COURT:


ATTEST:_____
                        Lynn Meyer
                        Deputy Clerk

cc:  Fiscal Section (2)

O:\forms\Lunch Order for jury.wpd