IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NSB NIEDERELBE | : | 02-2713 |
| SCHIFFAHRTSGES.MBH & CO., et al. | : | |

### ORDER

And now, this    day of August, 2004, it is hereby ORDERED that, having received Plaintiff's letter requesting an extension, Plaintiff shall file a supplemental brief in support of the Motion for a New Trial by August 30, 2004. Defendants shall file a responsive brief within fourteen (14) days of the filing of Plaintiff's supplemental brief. Plaintiff shall have seven (7) days to file any reply to Plaintiff's response.

BY THE COURT:

**Michael M. Baylson, J.**

O:\CIVIL\02-2713 Hill v. NSB\02-2713 Hill v. NSB - 2nd Order re extension.wpd