UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS HILL <br> and <br> TRUDIE HASTINGS HILL H/W <br> Plaintiffs <br> v. <br> NN.B.NIEDERELBE SCHIFFAHRTSGES.mbH & CO. <br> and <br> F. LAEISZ Schiffahrtsges.mbH & Co. <br> and <br> CROWLEY AMERICAN TRANSPORT <br> Defendants | No. 02-CV-2713 <br><br> **JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has, on this date, caused a true and correct copy of Plaintiffs' Brief In Support Of Motion For New Trial to be served by First Class Mail, postage prepaid, on the date listed below upon the following party or counsel of record.

> Carl D. Buchholz, III, Esquire
> **RAWLE & HENDERSON, LLP**
> The Widener Building
> One South Penn Street
> Philadelphia, Pennsylvania 19107
> Counsel for Defendants
> Schiffahrtsgesellschaft MS Priwall mbH & Co. KG
> Reederei F. Laeisz G.m.b.h., Rostock

_____
E. Alfred Smith
Attorney for Plaintiffs
Cornelius Hill and Trudie Hastings Hill

On this 3rd day of September, 2004.