IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL | : | |
| and | : | |
| TRUDIE HASTINGS HILL H/W | : | |
| Plaintiffs | : | |
| SCHIFFAHRTSGESELLSCHAFT MS | : | NO. 02-CV-2713 |
| PRIWALL mbH & Co. KG | : | |
| and | : | |
| REEDEREI F. LAEISZ G.m.b.h., ROSTOCK | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of plaintiffs' Motion for a New Trial, and defendants' Response thereto, IT IS HEREBY ORDERED and DECREED that the Motion is DENIED.

.

BY THE COURT:

_____
J.

1040968 v.1