# EXHIBIT "A"

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS HILL<br>and<br>TRUDIE HASTINGS HILL H/W<br>        Plaintiffs<br>SCHIFFAHRTSGESELLSCHAFT MS<br>PRIWALL mbH & Co. KG<br>and<br>REEDEREI F. LAEISZ G.m.b.h., ROSTOCK<br>        Defendants | CIVIL ACTION<br><br>NO. 02-CV-2713<br><br>**FILED**<br>APR 1 4 2004<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## JURY VERDICT FORM

1a. Was Defendant Schiffahrtsgesellschaft MS Priwall mbH & Co. KG, the owner of the MS Sea Panther, negligent?

    YES _____    NO __X__

1b. Was Defendant Reederei F. Laiesz G.m.b.h., Rostock, the operator of the MS Sea Panther, negligent?

    YES _____    NO __X__

**IF YOU ANSWERED YES TO EITHER QUESTION 1a OR 1b, THEN ANSWER QUESTION NO. 2.**

2. If so, did that negligence, in whole or in part, cause any injury and damage to Plaintiff Cornelius Hill?

    YES _____    NO _____

1

**IF YOU ANSWERED YES TO QUESTION 2, THEN ANSWER QUESTION NO. 3.**

3. Was Plaintiff Cornelius Hill guilty of contributory negligence?

    YES _____          NO _____

**IF YOU ANSWERED YES TO QUESTION 3, THEN ANSWER QUESTION NO. 4 and 5.**
**IF YOU ANSWERED NO TO QUESTION 3, THEN ANSWER QUESTION NO. 5 ONLY.**

4. What part, if any, stated as percentage, did Plaintiff Cornelius Hill's own negligence play in causing Plaintiff's injury?

    _____%

5. What amount do you find, without any reduction for any negligence that you may find on Plaintiff Cornelius Hill's part, will fairly and adequately compensate Plaintiffs for their injuries?

    Cornelius Hill          $_____

    Trudy Hastings Hill     $_____

_____
Jury Foreperson

2