# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | | |
|---|---|---|
| CORNELIUS HILL and<br>TRUDIE HASTINGS HILL, h/w | : | CIVIL ACTION<br>NO. 02-CV-2713 |
| Plaintiffs | : | |
| vs. | : | |
| NSB NIEDERELBE, et al. | : | Philadelphia, Pennsylvania<br>April 5, 2004 |
| Defendants | : | TRIAL TESTIMONY OF<br>DWIGHT O. JONES |

- - - - - - - - - - - - - - -

- - -

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MICHAEL M. BAYLSON
UNITED STATES DISTRICT COURT JUDGE
And a Jury

- - -

APPEARANCES:

For the Plaintiffs:   E. ALFRED SMITH, ESQUIRE
                      ALFRED SMITH & ASSOCIATES
                      1333 Race Street, 2nd Floor
                      Philadelphia, Pennsylvania  19107

For the Defendants:   DAVID S. SANTEE, ESQUIRE
                      CARL D. BUCHHOLZ, III, ESQUIRE
                      RAWLE & HENDERSON
                      One South Penn Square
                      The Widener Building, 16th Floor
                      Philadelphia, Pennsylvania  19107

- - -

Deputy Clerk:         L. Kashner

ESR Operator:         Michael DelRossi

Transcribed By:       Drummond Transcription Service
                      Haddon Heights, New Jersey  08035

Proceedings recorded by electronic sound recording,
transcript produced by computer-aided transcription service.

1  -- to what I was trying to do.  I mean, I looked -- it's dark, I
2  mean, it's up there, so how well it's seated in there, I don't
3  know.  But again, that's -- that's -- it's up there, so that's
4  not my primary focus.  My focus is those numbers.  I've got to
5  make sure that I'm doing -- I'm -- I'm where I'm supposed to be.
6  Q.  Were you able to see how it was seated in the containers?
7  A.  It -- it appeared to be in from where I could see.  Again,
8  it's dark and that's not my -- that's not my focus.  My focus is
9  am I in the right place?  Am I where I'm supposed to be?
10 Q.  Did the -- did the lashing rod look different?
11 A.  No.
12 Q.  Were you able to see it at the top or was it dark or -- or
13 what?
14         MR. BUCHHOLZ:  Objection, your Honor.
15         MR. SMITH:  I'll withdraw it.
16         THE COURT:  Sustained.
17 BY MR. SMITH:
18 Q.  Were you able to see it clearly?
19         MR. BUCHHOLZ:  Objection, your Honor.
20         THE COURT:  Overruled.
21         See what, the lashing rod?
22         MR. SMITH:  Yes, sir.
23         THE COURT:  Okay.
24 Q.  Where it was into the container?
25 A.  Again, I could -- I could see where it was inside that