# EXHIBIT "E"


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | | |
|---|---|---|
| CORNELIUS HILL and | : | CIVIL ACTION |
| TRUDIE HASTINGS HILL, h/w | : | NO. 02-CV-2713 |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| NSB NIEDERELBE, et al. | : | Philadelphia, Pennsylvania |
| | : | April 6, 2004 |
| | : | |
| | : | CONTINUED |
| Defendants | : | TRIAL TESTIMONY OF |
| | : | DWIGHT O. JONES |

- - - - - - - - - - - - - - - -

- - -

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MICHAEL M. BAYLSON
UNITED STATES DISTRICT COURT JUDGE
And a Jury

- - -

APPEARANCES:

For the Plaintiffs:   E. ALFRED SMITH, ESQUIRE
                     ALFRED SMITH & ASSOCIATES
                     1333 Race Street, 2nd Floor
                     Philadelphia, Pennsylvania  19107

For the Defendants:  DAVID S. SANTEE, ESQUIRE
                     CARL D. BUCHHOLZ, III, ESQUIRE
                     RAWLE & HENDERSON
                     One South Penn Square
                     The Widener Building, 16th Floor
                     Philadelphia, Pennsylvania  19107

- - -

Deputy Clerk:        L. Kashner

ESR Operator:        Jerry LaRosa

Transcribed By:      Drummond Transcription Service
                     Haddon Heights, New Jersey  08035

Proceedings recorded by electronic sound recording, transcript produced by computer-aided transcription service.

1  talking about, I'm looking up there and I -- it's hard to tell.
2  It appears to be seated, but, again, I'm concentrating on my
3  numbers.
4  BY MR. BUCHHOLZ:
5  Q.  I think you said, it appeared not only to be seated, but it
6  appeared to be in the groove or the notch, that it was supposed
7  to have been in?
8  A.  I don't remember that.  But when I say that it appears to be
9  seated, that means it appears to be inside that corner casting.
10 When I say it -- it appears to be seated, that's what I mean.
11 Q.  Okay.  And if it wasn't inside that corner casting, it
12 wouldn't have stayed up in that position during the entire
13 voyage from Venezuela to Philadelphia?
14 A.  I don't know.
15          (Pause.)
16 Q.  Did the lashing rod, itself, appear to be under any type of
17 unusual stress or strain from what you could see?
18 A.  No, not from what I could see, no.
19 Q.  Now, before you went and lashed the turnbuckle, you never
20 went to any of the crew members?
21 A.  No.
22 Q.  Yes or no?
23 A.  No, no.  I didn't go to any crew members.
24 Q.  You never went to the gang boss?
25 A.  No, I never went to the gang boss, but I --