UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS HILL : | |
| and : | |
| TRUDIE HASTINGS HILL, H/W, : | |
| Plaintiffs : | NO. 02-CV-2713 |
| vs. : | |
| SCHIFFAHRTSGESELLSCHAFT MS : | |
| PRIWALL MBH & CO. KG : | |
| and : | |
| REEDEREI F. LAEISZ G.M.B.H., : | |
| ROSTOCK : | |
| Defendants. : | |

### NOTICE OF APPEAL

NOTICE IS HEREBY given that Cornelius Hill and Trudie Hill, Plaintiffs in the above case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on the 27th day of October 2004 denying Plaintiffs' Motion for a New Trial.

E. ALFRED SMITH & ASSOCIATES

/s/EAS2320
E. Alfred Smith
1333 Race Street, 2nd Floor
Philadelphia, PA  19107
(215) 569-8422
Attorney for Plaintiffs
Cornelius and Trudie Hill

Dated:  November 12, 2004