UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELIUS HILL          : | |
| and                                    : | |
| TRUDIE HASTINGS HILL, H/W,   : | |
| Plaintiffs  : | NO. 02-CV-2713 |
| vs.                                   : | |
| SCHIFFAHRTSGESELLSCHAFT MS   : | |
| PRIWALL MBH & CO. KG           : | |
| and                                    : | |
| REEDEREI F. LAEISZ G.M.B.H.,   : | |
| ROSTOCK                             : | |
| Defendants.  : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has, on this date, caused a true and correct copy of **NOTICE OF APPEAL** to be served via First Class Mail, postage prepaid, on the date listed below upon the following party or their counsel:

>Carl D. Buchholz, III, Esquire
>RAWLE & HENDERSON LLP
>One South Penn Square
>1339 Chestnut Street, 16th Floor
>Philadelphia, PA  19107

>E. ALFRED SMITH & ASSOCIATES

>/s/EAS2320
>E. Alfred Smith, Esquire
>Attorneys for Plaintiffs

Dated:  November 12, 2004