IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CORNELIUS HILL
TRUDIE HASTINGS HILL, H/W

          02-CV-2713
          District Court Docket Number

vs.

SCHIFFAHRTSGESELLSCHAFT MS
PRIMWALL MBH & CO. KG, ET AL

Notice of Appeal Filed <u>11/12/04</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
    Notice of Appeal <u>X</u> Paid __Not Paid   __Seaman
    Docket Fee    <u>X</u> Paid __Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u>   status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

                        Defendant's Address (for criminal appeals)

                        Prepared by : _____
                                James Deitz , Deputy Clerk

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm