IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS HILL, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NSB NIEDERELBE | : | 02-2713 |
| SCHIFFAHRTSGES.MBH & CO., et al. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 4th day of March, 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: s/Lynn Meyer
Lynn Meyer
Deputy Clerk

cc:  E. Alfred Smith, Esquire (e-mail)
Charles McCammon, Esquire (e-mail)
Carl Buchholz, III, Esquire (e-mail)
Michael Zipfel, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Hill v. NSB 02-2713 - 41b order.wpd